UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

WANG ZHI YUN #A242-336-239              CIVIL ACTION NO. 26-839 SEC P

VERSUS                                  JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS               MAGISTRATE JUDGE LEBLANC
ENFORCEMENT ET AL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 4), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that all other pending motions are **DENIED AS MOOT.**

THUS ORDERED AND SIGNED in Chambers this 30th day of April, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT